NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A., UNILOC 2017 LLC,**
*Plaintiffs-Appellants*

**v.**

**BIG FISH GAMES, INC.,**
*Defendant-Appellee*

---

2018-2186

---

Appeal from the United States District Court for the Western District of Washington in No. 2:17-cv-01183-RAJ, Judge Richard A. Jones.

---

## JUDGMENT

---

JAMES J. FOSTER, Prince Lobel Tye LLP, Boston, MA, argued for plaintiffs-appellants. Also represented by PAUL J. HAYES, AARON JACOBS.

DOUGLAS FRED STEWART, Bracewell LLP, Seattle, WA, argued for defendant-appellee. Also represented by TIMOTHY GEIGER, Houston, TX; DAVID JOHN BALL, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court